**SECRET**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

2025 MAY 14  P 4: 29

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1: 25-cr- 00082-SDN |
| JOHN C. KELLEHER | |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Date: May 14, 2025

/s/ Raphaelle A. Silver
Assistant U.S. Attorney