UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:25-cr-0082-SDN |
| | ) |
| JOHN C. KELLEHER | ) |

PROCEDURAL ORDER

The Court hereby ORDERS the parties to meet and confer within five (5) days of this date on all discovery and pretrial production matters in this case.

The defendant shall file all pretrial motions not later than June 6, 2025. Any responses and replies are to be filed in accordance with Local Rule 147.

The parties shall disclose any expert witnesses not later than 20 days prior to trial.

The trial in this matter is hereby scheduled to commence before Judge Neumann on July 2, 2025.

/s/ John C. Nivison
U. S. Magistrate Judge

Dated: May 23, 2025