UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No: 1:25-cr-00082-SDN |
| JOHN KELLEHER | |

**PROSECUTION VERSION OF THE OFFENSE**

The defendant, John Kelleher, and his then-girlfriend, the victim, went on a cruise (a Malta flagged cruise ship) that departed from New York and traveled to the Bahamas via international waters. The two drove from Maine to New York to board the cruise. The cruise ship left New York on December 15, 2024, and returned to New York on December 22, 2024. At that time, Kelleher was on state probation in Maine and was not supposed to leave the state without permission or consume alcohol.

Once aboard the cruise ship, Kelleher started drinking heavily. On about December 17, 2024, while aboard the cruise ship, the victim and Kelleher went to one of the bars. The two got into an argument and Kelleher either slapped and/or knocked the victim's hat off her head. Security responded and offered the victim a different room for the night. The victim accepted and stayed in that room for the night. The following night she returned to the room she and Kelleher shared as she felt alone and isolated in the other room.

The following day and night, Kelleher continued to drink heavily. At some point in the night, security responded to the room due to a noise complaint. The victim told security they would be quieter. On about December 19, 2024, around midnight or later Kelleher got upset with the victim and physically assaulted her. Specifically, Kelleher bit her chin, back, and punched her in the chest, thigh and the sides of her body.

The next morning, the victim woke up in pain and observed she had a black eye, bite marks on her chin and back, and bruises on her chest and thigh. The victim took photographs of her injuries using her cellular phone. When the victim returned to Maine, she contacted local law enforcement to report the assault. A deputy also took photographs of her injuries and referred the matter to the Federal Bureau of Investigations as it was determined the assault had occurred within the special maritime and territorial jurisdiction of the United States.

Had this case proceeded to trial, the evidence would have included the testimony of the victim, local law enforcement who observed the injuries, photographs of the injuries, and coordinates demonstrating the cruise ship was within the special maritime and territorial jurisdiction of the United States. This evidence would have proven John Kelleher guilty beyond a reasonable doubt of the offense charged in the indictment.

Dated at Bangor, Maine this 5th day of January, 2026.

                                        Respectfully submitted,

                                        ANDREW B. BENSON
                                        United States Attorney

                                        /s/ Raphaelle A. Silver
                                        Raphaelle A. Silver
                                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the document(s) with the Clerk of Court and sent a copy of such filing(s) to the following:

Kaylee Folster, Esq.
Attorney for the Defendant

Andrew B. Benson
United States Attorney

/s/Raphaelle A. Silver
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373